**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>          Plaintiff,                       )<br>                                             )<br>vs.                                         )<br>                                             )<br>Ryan Paul Redhorse,            )<br>          Defendant.                   )<br>                                             ) | 12-04406PO-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating his conditions of supervised probation as alleged in Paragraphs A and C of the Petition to Revoke Supervised Probation.

    IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **THREE (3) MONTHS**, with credit for time served.

    IT IS FURTHER ORDERED that Paragraph B is DISMISSED.

    IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail to participate in the Exodus Program offered by the facility.

    DATED this 1st day of October, 2014.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge